UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ANITA R. WILSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 4:10-CV-512 CAS |
| | ) | |
| BANK OF AMERICA CORPORATION, N.A., et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court for examination pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Plaintiffs commenced this action on March 26, 2010, naming, among others, Andres Gluski as a defendant. A review of the Court file shows that this defendant has not been served in this matter nor has service been waived on his behalf. Under Rule 4(m), Federal Rules of Civil Procedure, the Court, after notice to the plaintiffs, is directed to dismiss an action against a defendant upon whom service has not been made within 120 days after the filing of the complaint. The Rule 4(m) period for service expires in this case on July 26, 2010, 120 days after the filing of plaintiffs' complaint. Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs shall cause service to be effected upon defendant Andres Gluski not later than July 26, 2010. In the absence of good cause shown, failure to timely serve said defendant shall result in dismissal of this defendant without prejudice.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  21st  day of July, 2010.